# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jesus Enrique Medina,<br>a.k.a.: Jesus Enrique Medina-Corvera,<br>(A201 274 923)<br>*Defendant* | Case No. 17-9361 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 26, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jesus Enrique Medina, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Luis, Arizona, on or about June 18, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jillian Besancon

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 28, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 26, 2017, Jesus Enrique Medina was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Medina was examined by ICE Officer R. Rodriquez who determined Medina to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On August 27, 2017, Medina was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Medina was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jesus Enrique Medina to be a citizen of Mexico and a previously deported alien. Medina was removed from the United States to Mexico through San Luis, Arizona, on or about June 18, 2014, pursuant to the

1

reinstatement of an order of removal issued by an immigration official. There is no record of Medina in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Medina's immigration history was matched to him by electronic fingerprint comparison.

4. On August 27, 2017, Jesus Enrique Medina was advised of his constitutional rights. Medina freely and willingly agreed to provide a statement under oath. Medina stated that his true and complete name is Jesus Enrique Medina and that he is a citizen of Mexico. Medina stated that he illegally entered the United States in 2015, through "Sonorita," without inspection by an immigration officer. Medina further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about August 26, 2017, Jesus Enrique Medina, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at San Luis, Arizona, on or about June 18, 2014, and not having obtained the express consent

of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 28th day of August, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge

3